UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXANDRA MORALES,

    Plaintiff,

v.                                            Case No:   6:23-cv-2076-GAP-LHP

A SPECIFIED, INC., and IRON
WOOD VENTURES, LLC,

    Defendants.

## ORDER

This cause comes before the Court on Plaintiff's Renewed Motion for Default Judgment against Defendants A Specified, Inc. and Iron Wood Ventures, LLC. (Doc. No. 49) filed October 29, 2024.

On February 19, 2025, the United States Magistrate Judge issued a report (Doc. No. 51) recommending that the motion be granted in part, denied in part and deferred in part. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Renewed Motion for Default Judgment against Defendants A Specified, Inc. and Iron Wood Ventures, LLC. is **GRANTED** as to Plaintiffs' Title VII and FCRA claims for sexual harassment, discrimination and retaliation (Counts 1-4).

3. The Motion as to Plaintiff's claims for intentional infliction of emotional distress, negligent supervision and training and negligent retention (Claims 5-7) is **DENIED**.

4. The matter is referred to Magistrate Judge Leslie Hoffman Price to conduct all appropriate proceedings as to the issue of damages, fees and costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 6th day of March, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party