UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXANDRA MORALES,

    Plaintiff,

v.   Case No:   6:23-cv-2076-GAP-LHP

AS SPECIFIED, INC. and IRON
WOOD VENTURES, LLC,

    Defendants

## ORDER

This cause comes before the Court following an evidentiary hearing on Plaintiff's damages. *See* Doc. Nos. 53, 66; *see also* Doc. No. 52. As set forth on the record at the hearing, it is **ORDERED** that within **thirty (30) days** of the date of this Order, Plaintiff shall file post-hearing briefing, not to exceed **thirty (30) pages** in length. The post-hearing briefing must specifically address:

    1.    The effect of ongoing bankruptcy proceedings involving Defendant As Specific, Inc., *see* Case No. 6:24-bk-04465-TPG, on this case as a whole and Plaintiff's pending request for damages quantification. This should include a report on the status of the bankruptcy proceedings.

2. The implication of testimony at the evidentiary hearing that contradicted the allegations of the complaint, Doc. No. 1, *e.g.*, ¶¶ 32, 35, 36. Plaintiff shall address whether such conflicting testimony has an effect on the validity of the default judgment entered in Plaintiff's favor, *see* Doc. Nos. 51, 52, and the impact, if any, on the quantification of damages.

3. The evidence and testimony that can be specifically attributed to the claim for damages as to the Defendants remaining in this case and subject to default judgment (As Specified, Inc. and Iron Wood Ventures, LLC), as the hearing testimony primarily focused on conduct by persons no longer parties to this case (Drew Roan and Nichol Roan).

4. Quantification of attorneys' fees and costs through the date of the hearing, with citation to appropriate evidence and legal authority in support. *See Norman v. Housing Auth. of the City of Montgomery*, 836 F.2d 1292, 1303 (11th Cir. 1988).

**DONE** and **ORDERED** in Orlando, Florida on April 29, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties