UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXANDRA MORALES,

    Plaintiff,

v.                                                       Case No:   6:23-cv-2076-GAP-LHP

AS SPECIFIED, INC. and IRON
WOOD VENTURES, LLC,

    Defendants

---

## ORDER

On June 16, 2025, the United States Magistrate Judge issued a report (Doc. No. 74) recommending that the case be stayed and administratively closed while Plaintiff pursues relief in the Bankruptcy Court. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The case is **STAYED** until further order of the Court. The Clerk is directed to terminate any pending motions.

3. The Plaintiff is directed to file a status report by September 2, 2025, and every 60 days thereafter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 3, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party